

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00176-CR

Marcus **HIDALGO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1780-CR
Honorable Gary L. Steel, Judge Presiding

Opinion by:     Karen Angelini, Justice

Sitting:        Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  January 7, 2015

AFFIRMED

Marcus Hidalgo pled guilty to one count of aggravated sexual assault and one count of indecency with a child, and the trial court sentenced Hidalgo to sixty years' and twenty years' imprisonment, respectively, with the sentences to run concurrently.  Hidalgo's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967).  Counsel concludes that the appeal has no merit.  Counsel provided Hidalgo with a copy of the brief and informed him of his right to review the record and file his own brief.  *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no

pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Hidalgo filed a *pro se* letter brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit.[1] The judgment of the trial court is affirmed. Appellate counsel's request to withdraw is granted. *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Hidalgo wish to seek further review of this case by the Texas Court of Criminal Appeals, Hidalgo must either retain an attorney to file a petition for discretionary review or Hidalgo must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of: (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Karen Angelini, Justice

DO NOT PUBLISH

---

[1] Because we have determined that the appeal is frivolous, we do not address any of the issues raised by Hidalgo in his pro se letter brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).